501 A.2d 635

**Jean Baker WILLIAMS, Petitioner,**

v.

**Edward J. McCLAIN, M.D.**

Supreme Court of Pennsylvania.

Dec. 27, 1985.

Petition for Allowance of Appeal GRANTED, No. 122 W.D. Appeal Docket 1985.